**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - READING DIVISION**

| | |
|---|---|
| In re:<br><br>Dolores L. Yenik,<br>    Debtor.<br><br>Nationstar Mortgage LLC d/b/a Champion Mortgage Company,<br>    Movant.<br><br>v.<br><br>Dolores L. Yenik,<br>    Debtor/Respondent.<br><br>Scott F. Waterman (Chapter 13),<br>    Trustee/Respondent | **Bankruptcy No. 17-15042-pmm**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this __26th__ day of __June__, 2020, upon consideration of Nationstar Mortgage LLC d/b/a Champion Mortgage Company's, Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar Mortgage LLC d/b/a Champion Mortgage Company; and it is further

ORDERED, that Nationstar Mortgage LLC d/b/a Champion Mortgage Company, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 321 East 21st Street, Northampton, PA 18067, including without limitation a sheriff's sale of the property.

BY THE COURT

*Patricia M. Mayer*
_____

**HON. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**