Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 17-15042-PMM**

DOLORES L. YENIK  
321 E. 21ST STREET  
NORTHAMPTON  PA   18067-1207

Petition Filed Date: 07/26/2017  
341 Hearing Date: 08/29/2017  
Confirmation Date: 12/21/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $300.00 | 19053533633 | 02/05/2020 | $300.00 | 19053533784 | 03/04/2020 | $300.00 | 19054918627 |
| 04/02/2020 | $300.00 | 19076846975 | 04/30/2020 | $300.00 | 19076847142 | 05/19/2020 | $300.00 | 19104938057 |
| 07/21/2020 | $300.00 | 19127350850 | 11/03/2020 | $300.00 | 19164802160 | 12/30/2020 | $300.00 | 19202888055 |
| 02/01/2021 | $300.00 | 19202888201 | 03/10/2021 | $300.00 | 19236875205 | 04/14/2021 | $300.00 | 19236875490 |
| 04/14/2021 | $300.00 | 19236875491 | | | | | | |

**Total Receipts for the Period: $3,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | CHAMPION MORTGAGE COMPANY<br>»» 004 | Mortgage Arrears | $9,643.84 | $8,317.84 | $1,326.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,329.40 | $0.00 | $1,329.40 |
| 1 | NORTHAMPTON AREA SCHOOL DIST<br>»» 001 | Secured Creditors | $31.00 | $31.00 | $0.00 |
| 2 | NORTHAMPTON BOROUGH<br>»» 002 | Secured Creditors | $381.96 | $381.96 | $0.00 |
| 5 | KEVIN K KERCHER ESQ<br>»» 005 | Attorney Fees | $975.00 | $975.00 | $0.00 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

Chapter 13 Case No. 17-15042-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,700.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $9,705.80 | Arrearages: | $300.00 |
| Paid to Trustee: | $994.20 | Total Plan Base: | $14,400.00 |
| Funds on Hand: | $1,000.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.